FILED
CLERK, U.S. DISTRICT COURT
NOV 24 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL ROMERO,<br><br>　　　　　Defendant. | Case No. CR 08-0858<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>· Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

　　　　On arrest warrant issued by the United States District Court for the Central District of Cal. involving alleged violations of conditions of probation/supervised release:

　　1.　The court finds that no condition or combination of conditions will reasonably assure:

　　　　A.　( ) the appearance of defendant as required; and/or

　　　　B.　( ) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. (✗) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

      See PSA report

   B. (✗) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on:

      See PSA report

IT IS ORDERED that defendant be detained.

DATED: 11-24-14

_____
United States Magistrate Judge